Jason A. Geller (CA SBN 168149)
jgeller@fisherphillips.com
Juan C. Araneda (CA SBN 213041)
jaraneda@fisherphillips.com
Jessica A. Taylor (CA SBN 301708)
Jataylor@fisherphillips.com
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 490-9000
Facsimile:  (415) 490-9001

Attorneys for Defendant
WALMART INC. (erroneously sued as WAL-MART ASSOCIATES, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LUCINDA THOMPSON-PHILLIPS, an individual,<br><br>                              Plaintiff,<br><br>        vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and Does 1-10, Inclusive,<br><br>                              Defendants. | Case No.:  2:22-cv-01245-WBS-KJN<br><br>[*Removed from Sacramento County Superior Court, Civil Case No. 34-2022-00321245*]<br><br>**ORDER RE STIPULATED FIRST LOOK AGREEMENT REGARDING PLAINTIFF'S MEDICAL RECORDS**<br><br>Removal Filed:      July 14, 2022<br>Complaint Filed:   June 7, 2022<br>Trial Date:            None |

ORDER RE STIPULATED FIRST LOOK AGREEMENT REGARDING PLAINTIFF'S MEDICAL RECORDS

FP 47958872.1

1    On August 14, 2023, Plaintiff Lucinda Thompson-Phillips and Defendant Wal-Mart

2    Associates, Inc.'s Stipulated First Look Agreement Regarding Plaintiff's Medical Records (the

3    "Stipulation"), came before this Court. (Dkt. No. 12.)

4    Having read and considered the parties' joint Stipulation , and for good cause appearing,

5    the Court approves the Stipulation and procedure agreed to by the parties and set forth in the

6    Stipulation to process records produced in response to the Amended Subpoena (as defined in the

7    Stipulation).

8    **IT IS SO ORDERED**.

9    Dated:  August 16, 2023

10

11    _____

KENDALL J. NEWMAN

12    UNITED STATES MAGISTRATE JUDGE

13    thom.1245

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE STIPULATED FIRST LOOK AGREEMENT REGARDING PLAINTIFF'S MEDICAL
RECORDS

FP 47958872.1