Elliot J. Siegel (SBN 286798)
elliot@kingsiegel.com
Rachael E. Sauer (SBN 308549)
rsauer@kingsiegel.com
KING & SIEGEL LLP
724 S. Spring Street, Ste. 201
Los Angeles, California 90014
Telephone: (213) 465-4802
Facsimile: (213) 465-4803

Attorneys for Plaintiff
LUCINDA THOMPSON-PHILLIPS

Jason A. Geller (CA SBN 168149)
jgeller@fisherphillips.com
Juan C. Araneda (CA SBN 213041)
jaraneda@fisherphillips.com
Jessica A. Taylor (CA SBN 301708)
Jataylor@fisherphillips.com
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 490-9000
Facsimile:   (415) 490-9001

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LUCINDA THOMPSON-PHILLIPS, an individual,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>WAL-MART ASSOCIATES, INC., a Delaware corporation; and Does 1-10, Inclusive,<br><br>　　　　　　　Defendants. | Case No.:  2:22-cv-01245-WBS-KJN<br><br>[*Removed from Sacramento County Superior Court, Civil Case No. 34-2022-00321245*]<br><br>**AMENDED JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF, TRIAL, AND ASSOCIATED DATES**<br><br>Removal Filed:　　July 14, 2022<br>Complaint Filed:　　June 7, 2022<br>Trial Date:　　May 15, 2024 |

1

Plaintiff LUCINDA THOMPSON-PHILLIPS ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC. ("Defendant"), (collectively the "Parties"), by and through their respective counsel, do hereby stipulate and respectfully request that the Court modify the deadlines set forth in the Pre-Trial Scheduling Order as follows: (1) extend the deadline for parties to disclose experts and produce reports from September 8, 2023 until February 16, 2024; (2) extend the deadline for disclosure of rebuttal expert testimony from October 6, 2023 until March 15, 2024; (3) extend the deadline for all discovery to be completed from November 3, 2023 until April 12, 2024; (4) extend the deadline for all motions to be filed from December 22, 2023 until May 31, 2024; (5) reschedule the final pre-trial conference from March 11, 2024 until August 12, 2024; (6) and set trial for this matter to begin on October 22, 2024.

In support of this stipulation, the parties state as follows:

WHEREAS, the Parties wish to continue all deadlines set in accordance with the Pre-Trial Scheduling Order dated November 1, 2022 (Document 9) (the "Order"), starting with the September 8, 2023 expert disclosure deadline;

WHEREAS, the Parties are meeting and conferring on the scope of medical records Defendant seeks to subpoena from Plaintiff's physicians, after which additional time will be necessary to issue the subpoena, schedule depositions for Plaintiff's physicians, and conduct a psychological evaluation of Plaintiff with a qualified expert, to the extent one is necessary;

WHEREAS, Plaintiff's physicians' depositions cannot be scheduled until Plaintiff's medical records have been received;

WHEREAS, the Parties have agreed to enter a Stipulated First Look Agreement, providing Plaintiff's counsel an additional thirty (30) days following receipt of Plaintiff's medical records to review and redact those records based on relevancy and privacy rights, further delaying the ability to schedule depositions for Plaintiff's physicians;

WHEREAS, Plaintiff also seeks to take several depositions in this matter, which have been delayed due to the written discovery necessary for these depositions being provided recently;

WHEREAS, the Parties are actively working to schedule mediation of this matter in order to resolve Plaintiff's claims without the need for further litigation;

///

WHEREAS, based on the progress of this case, an extension of the deadlines for completing fact discovery will allow the Parties to finalize their discovery and to adequately try to resolve this matter free of further litigation, if possible;

WHEREAS, the September 8, 2023 expert disclosure deadline and November 3, 2023 discovery cut off are not practicable for the Parties, and prejudice would result should they be required to proceed to expert discovery, dispositive motions, and trial without completing further discovery;

WHEREAS, the May 15, 2024 trial date currently scheduled in this matter will not allow for the additional time needed to complete necessary discovery detailed herein;

WHEREAS, the Parties wish to continue the trial date in this matter until at least October 22, 2024, or a date thereafter convenient to the court, to permit sufficient time to complete all necessary discovery prior trial;

WHEREAS, no prior extension of discovery deadlines or trial continuance in this matter has been sought by the Parties;

WHEREAS, the proposed extension of the deadlines for completing fact discovery will not delay or prejudice the timely resolution of this case;

WHEREAS, Federal Rule of Civil Procedure 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order; and

IT IS THEREFORE JOINTLY STIPULATED AND AGREED, by and between the Parties through their respective counsel of record, and the Parties respectfully request that the Court Order as follows:

1. The deadline for the Parties to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be no later than February 16, 2024;

2. The deadline for the Parties to disclose experts and produce reports intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be on or before March 15, 2024;

3. The deadline for all discovery to be completed shall be April 12, 2024;

4. The deadline for all motions to be filed shall be May 31, 2024;

1  5. The final pre-trial conference is set for August 12, 2024 at 1:30 p.m.; and

2  6. Trial for this matter shall begin on October 22, 2024 at 9:00 a.m.

**IT IS SO STIPULATED.**

Dated:  August 22, 2023

Respectfully submitted,

FISHER & PHILLIPS LLP

By: */s/ Jessica A. Taylor*
Jason A. Geller
Juan C. Araneda
Jessica A. Taylor
Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

Dated:  August 22, 2023

KING & SIEGEL LLP

By: */s/ Rachael E. Sauer*
Elliot J. Siegel
Rachael E. Sauer
Attorneys for Plaintiff
LUCINDA THOMPSON-PHILLIPS

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The deadline for the Parties to disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be no later than February 16, 2024;

2. The deadline for the Parties to disclose experts and produce reports intended solely for rebuttal in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be on or before March 15, 2024;

3. The deadline for all discovery to be completed shall be April 12, 2024;

4. The deadline for all motions to be filed shall be May 31, 2024;

5. The final pre-trial conference is set for August 12, 2024 at 1:30 p.m.; and

6. Trial for this matter shall begin on October 22, 2024 at 9:00 a.m.

Dated: August 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE